IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SKYE JORDAN DAKOTA MILLER, a/k/a SKYE JORDAN MILLER;<br>QYDAIR DEON ROSENBLOOM-MAXWELL, a/k/a Q, a/k/a CEOQUAY, a/k/a QUAY;<br>DOOLY KHAMIS TETO MAYOUR, a/k/a DMoney;<br>WESLEY CHARLES BENNINGTON;<br>CHRISTOPHER DANIELLE SULLIVAN, a/k/a CHRISTOPHER DALE SULLIVAN, a/k/a CHRISTOPHER D. SULLIVAN | **I N D I C T M E N T**<br><br>Case No.<br><br>Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), 846, 856(a)(1), and 856(b); 18 U.S.C. §§ 922(g)(1), 924(c), and 2 |

COUNT ONE

**Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance**

The Grand Jury Charges:

From in or about January 2025 through the date of this Indictment, in the Districts of North Dakota, Minnesota, and elsewhere,

SKYE JORDAN DAKOTA MILLER, a/k/a SKYE JORDAN MILLER;
QYDAIR DEON ROSENBLOOM-MAXWELL, a/k/a Q, a/k/a CEOQUAY, a/k/a QUAY;
DOOLY KHAMIS TETO MAYOUR, a/k/a DMoney;
WESLEY CHARLES BENNINGTON; and
CHRISTOPHER DANIELLE SULLIVAN, a/k/a CHRISTOPHER DALE SULLIVAN,
a/k/a CHRISTOPHER D. SULLVAN

did knowingly and intentionally combine, conspire, confederate, and agree, together and with others, both known and unknown to the grand jury, to possess with intent to distribute

and distribute a mixture and substance containing a detectable amount of fentanyl,[1] a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## Drug Quantity Finding

With respect to SKYE JORDAN DAKOTA MILLER, a/k/a SKYE JORDAN MILLER; QYDAIR ROSENBLOOM-MAXWELL, a/k/a Q, a/k/a CEOQUAY, a/k/a QUAY, DOOLY KHAMIS TETO MAYOUR, a/k/a DMoney; and WESLEY CHARLES BENNINGTON, the grand jury specifically finds the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that the defendants and others did possess with intent to distribute and did distribute mixtures and substances containing detectable amounts of fentanyl, a Schedule II controlled substance, within the states of Minnesota, North Dakota, and elsewhere;

---

[1] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

2. It was further a part of said conspiracy that the defendants and others would and did attempt to conceal their activities;

3. It was further a part of said conspiracy that the defendants would and did use telecommunication facilities, including cellular telephones;

4. It was further a part of said conspiracy that the defendants and others would and did use United States currency in their drug transactions;

5. It was further a part of said conspiracy that the defendants received and sent money wire transfers that were payments for and proceeds of drug sales;

6. It was further a part of said conspiracy that one or more defendants used and maintained a premises for the purpose of distributing drugs and collecting drug proceeds;

7. It was further a part of said conspiracy that one or more defendants rented and used hotel rooms for the purpose of distributing drugs and collecting drug proceeds;

8. It was further a part of said conspiracy that the defendants and others traveled between the states of Minnesota and North Dakota to transport controlled substances and drug proceeds;

9. On or about December 12, 2025, WESLEY CHARLES BENNINGTON individually, and by aiding and abetting, possessed with intent to distribute approximately 50 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in Fargo, North Dakota;

10. On or about May 13, 2025, Unindicted Coconspirator #1 distributed a mixture and substance containing a detectable amount of fentanyl in Fargo, North Dakota;

11. On or about May 19, 2025, Unindicted Coconspirator #2 distributed a mixture and substance containing a detectable amount of fentanyl in Fargo, North Dakota;

12. On or about December 12, 2025, WESLEY CHARLES BENNINGTON possessed a firearm in furtherance of the conspiracy;

13. On or about December 19, 2025, CHRISTOPHER DANIELLE SULLIVAN, a/k/a CHRISTOPHER DALE SULLIVAN, a/k/a CHRISTOPHER D. SULLIVAN, individually, and by aiding and abetting, possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in Fargo, North Dakota;

14. On or about February 10, 2026, QYDAIR DEON ROSENBLOOM-MAXWELL, a/k/a Q, a/k/a CEOQUAY, a/k/a QUAY, individually, and by aiding and abetting, possessed with intent to distribute approximately 300 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in Fargo, North Dakota;

15. On or about March 17, 2026, SKYE JORDAN DAKOTA MILLER, a/k/a SKYE JORDAN MILLER, individually, and by aiding and abetting, possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in Moorhead, Minnesota;

In violation of Title 21, United States Code, Section 846 and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT TWO

**Possession of a Firearm by a Convicted Felon**

The Grand Jury Further Charges:

On or before December 19, 2025, in the District of North Dakota,

CHRISTOPHER DANIELLE SULLIVAN, a/k/a CHRISTOPHER DALE SULLIVAN, a/k/a CHRISTOPHER D. SULLIVAN,

knowing he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

1. Possession with Intent to Manufacture/Deliver Heroin, a Class B felony, and Possession of Drug Paraphernalia, a Class C felony, Case 09-2020-CR-01985, judgment entered on or about October 11, 2021, in Cass County, North Dakota;

2. Possession of Methamphetamine, a Class C felony, and Possession of Drug Paraphernalia, a Class C felony, Case 09-2020-CR-05574, judgment entered on or about October 11, 2021, in Cass County, North Dakota; and

3. Possession with Intent to Manufacture/Deliver Heroin, a Class B felony, Possession of a Controlled Substance, a Class C felony, and Possession of Drug Paraphernalia, a Class C felony, Case 09-2021-CR-01072, judgment entered on or about January 3, 2022, in Cass County, North Dakota;

did knowingly possess in and affecting commerce a firearm, that is:

- One Akkar, Model 612, 12-gauge shotgun, bearing Serial Number 57-H21PT-11812;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE

**Possession with Intent to Distribute Controlled Substances**

The Grand Jury Further Charges:

On or about December 19, 2025, in the District of North Dakota,

CHRISTOPHER DANIELLE SULLIVAN, a/k/a CHRISTOPHER DALE SULLIVAN,
a/k/a CHRISTOPHER D. SULLIVAN,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNT FOUR

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury Further Charges:

On or about December 12, 2025, in the District of North Dakota,

WESLEY CHARLES BENNINGTON,

individually, and by aiding and abetting, did knowingly possess a firearm, specifically:

- One Glock 43, .380 caliber handgun, bearing Serial Number ADBY124,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance, as set forth in Count One of this Indictment, and Possession with Intent to Distribute a Controlled Substance, as set forth in Count Five of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

COUNT FIVE

**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about December 12, 2025, in the District of North Dakota,

WESLEY CHARLES BENNINGTON,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT SIX

**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about February 10, 2026, in the District of North Dakota,

QYDAIR DEON ROSENBLOOM-MAXWELL, a/k/a Q, a/k/a CEOQUAY, a/k/a QUAY,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

FORFEITURE NOTICE

Upon the conviction of any of the offenses alleged in this Indictment,

SKYE JORDAN DAKOTA MILLER, a/k/a SKYE JORDAN MILLER;
QYDAIR DEON ROSENBLOOM-MAXWELL, a/k/a Q, a/k/a CEOQUAY, a/k/a QUAY;
DOOLY KHAMIS TETO MAYOUR, a/k/a DMoney;
WESLEY CHARLES BENNINGTON; and
CHRISTOPHER DANIELLE SULLIVAN, a/k/a CHRISTOPHER DALE SULLIVAN,
a/k/a CHRISTOPHER D. SULLVAN,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, or Title 18, United States Code, Sections 924(d)(1) and 982(a)(1), and Title 28, United States Code, Section 2461, all right, title, and interest in any of the property constituting or derived from proceeds obtained directly or indirectly as a result of the violations of Title 21, United States Code, Sections 841 and/or 846, or Title 18, United States Code, Section 922(g) and/or 924(c), and any property used or intended to be used in any manner or part, to commit, or to facilitate the commission of the said violation(s), and a sum of money equal to the total amount of proceeds obtained as a result of the offenses, including, but not limited to:

1. One Glock 43, .380 caliber handgun, bearing Serial Number ADBY124, seized on or about December 12, 2025, in Fargo, North Dakota;

2. One Akkar, Model 612, 12-gauge shotgun, bearing Serial Number 57-H21PT-11812, seized on or about December 19, 2025, in Fargo, North Dakota;

3. Various 9mm Luger ammunition, seized on or about December 19, 2025, in Fargo, North Dakota; and

4. $8,928 in United States currency seized on or about February 10, 2026, in Fargo, North Dakota;

If any of the forfeitable property as a result of any act or omission of the defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property;

All in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d)(1) and 982(a)(1), and Title 28, United States Code, Section 2461.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

AJS/alk